NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

FREDDIE MILLER,                           )
                                          )
            Appellant,                    )
                                          )
v.                                        )        Case No. 2D18-1612
                                          )
STATE OF FLORIDA,                         )
                                          )
            Appellee.                     )
_____ )

Opinion filed October 23, 2019.

Appeal from the Circuit Court for Collier
County; Christine Greider, Judge.

Howard L. Dimmig, II, Public Defender,
and Robert D. Rosen, Assistant Public
Defender, Bartow, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Katie Salemi Ashby,
Assistant Attorney General, Tampa,
for Appellee.

PER CURIAM.

            Affirmed.

NORTHCUTT, LUCAS, and BADALAMENTI, JJ., Concur.